*Carla Ottaviano,* in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* J.R.

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 767 (AC 21053), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* ULICES CORONA

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 267 (AC 21197), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Felix Esposito,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* ERNEST FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 378 (AC 21381), is denied.